UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLIFFORD LOCKLEAR,

    Plaintiff.

Case No. 15-cv-02710-KAW (PR)

**ORDER ADMINISTRATIVELY CLOSING CASE**

On June 17, 2015, Plaintiff, a state prisoner proceeding *pro se*, submitted a letter to the Court Receiver/Special Master complaining of prison conditions, which was construed as an attempt to file a civil rights action under 42 U.S.C. § 1983. The same day, the Clerk of the Court sent Plaintiff a notice that he must file a complaint using the Court's form complaint within twenty-eight days from the filing date of the notice to avoid dismissal. (Docket No. 2.) Plaintiff was provided with a blank copy of the form complaint.

On July 7, 2015, Plaintiff responded with a letter to the Court, stating that he did not intend to file a civil rights action. (Docket No. 5.)

Good cause appearing, the Clerk shall ADMINISTRATIVELY CLOSE this case. Because this case was opened in error, the Clerk of the Court shall not charge a filing fee.

IT IS SO ORDERED.

Dated: 7/27/15

_____
KANDIS A. WESTMORE
United States Magistrate Judge